IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE LEE BOWEN,

      Petitioner,                      No. CIV-S-10-1454 WBS KJM P

    vs.

A. HEDGEPETH, et al.,

      Respondents.              <u>ORDER</u>

_____ /

        On September 20, 2010, respondents filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 5, 2010.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

shav1001.46osc