IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE LEE BOWEN,

    Petitioner,          No. CIV-S-10-1454 WBS GGH (TEMP) P

   vs.

A. HEGPETH, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On September 20, 2010, respondents filed a motion to dismiss in which respondents assert that petitioner failed to exhaust state court remedies with respect to ground two in his habeas petition. In response to respondents' motion, petitioner indicates he has now exhausted state court remedies with respect to all of his claims. Accordingly, IT IS HEREBY ORDERED that respondent, within seven days, shall either withdraw the motion as moot, or file a reply in which he disagrees with petitioner. If respondent withdraws the motion, he shall file an answer within thirty days of the filed date of this order. Petitioner shall file a traverse within thirty days thereafter.

DATED: March 16, 2011

                                /s/ Gregory G. Hollows
                                _____
                                UNITED STATES MAGISTRATE JUDGE

bowe1454.157