IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE LEE BOWEN,

    Petitioner,        No. CIV-S-10-1454 WBS GGH (TEMP) P

    vs.

A. HEGPETH, et al.,

    Respondents.       <u>ORDER</u>

_____/

    Respondents have requested to withdraw their pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' September 20, 2010 motion to dismiss is deemed withdrawn.

    2. Because an answer has now been filed, petitioner may file a traverse within thirty days of the filed date of this order.

DATED: April 25, 2011

                /s/ Gregory G. Hollows
                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

kc
bowe1454.wd