IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE LEE BOWEN,

    Petitioner,               No. CIV S-10-1454 WBS GGH (TEMP) P

    vs.

A. HEGPETH, et al.,

    Respondents.         <u>ORDER</u>

_____/

        On June 21, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed June 7, 2011, denying petitioner's request for the appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 7, 2011, is affirmed.

DATED: June 30, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

bowe1454.850